**IT IS SO ORDERED.** **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
　　s/*Pamela A. Barker*　　　　**EASTERN DIVISION**
**PAMELA A. BARKER,**　　　　**AT CLEVELAND**
**U.S. DISTRICT JUDGE**

| | |
|---|---|
| JOHN K. LANE, Receiver for Hall Street Company, f/k/a The Robbins Company, | : <br> : <br> :    Hon. Pamela A. Barker <br> : <br> :    Civil Action No. 1:22-cv-01485 |
| Plaintiff | : <br> :    **STIPULATION OF DISMISSAL** |
| v. | : |
| YANG HAOZHI, YANG LIANG, GE BING, WANG DONGCHUN, and WANG YONG, | : <br> : <br> : <br> : |
| Defendants. | : |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, John K. Lane as the Receiver for Hall Street Company f/k/a The Robbins Company ("Plaintiff"), and Defendants, Yang Haozhi, Yang Liang, Ge Bing, Wang Dongchun, and Wang Yong ("Defendants"), respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, with each party to bear its/his own costs and fees.

Respectfully submitted:

*/s/ James Niehaus (with permission)*
James Niehaus (0020128)
Patrick A. Walsh (0101589)
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
Telephone: (216) 515-1660
jniehaus@frantzward.com
pwalsh@frantzward.com
*Counsel for Plaintiff*

*/s/ Sarah T. Laren*
Sarah T. Laren (101722)
DENTONS BINGHAM GREENEBAUM LLP
300 W. Vine Street, Suite 1300
Lexington, KY 40507
Telephone: (859) 288-4635
Email: sarah.laren@dentons.com

V. Brandon McGrath (0072057)
DENTONS BINGHAM GREENEBAUM LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202-4028
Telephone: (513) 455-7641
brandon.mcgrath@dentons.com
*Counsel for Defendants*

24701742.v1